UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| GARREN L. LOVELACE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) Case No. 2:19-CV-02247-JWL-GEB |
| BUFFALO WILD WINGS (sic) and INSPIRE BRANDS (sic), | ) ) ) |
| Defendants. | ) ) |

**UNOPPOSED MOTION FOR ORDER RELEASING KANSAS HUMAN RIGHTS COMMISSION DOCUMENTS AND SUGGESTIONS IN SUPPORT**

Defendants Buffalo Wild Wings and Inspire Brands[1] move the Court for an Order directing the Kansas Human Rights Commission ("KHRC") to make available for inspection and copying all records in its possession concerning Plaintiff Garren L. Lovelace's Charge of Discrimination (Docket 39969-18), including, but not limited to, correspondence, notes, tape recordings, reports, and investigative materials, and excluding materials considered by the KHRC to be conciliatory, deliberative, or attorney work product.  In support of this Motion, Defendants state:

1.	This is a lawsuit arising out of the termination of Plaintiff's employment.

2.	Plaintiff filed a Charge of Discrimination with the KHRC, Docket No. 39969-18, alleging that Defendants discriminated against him based on his race, age, and alleged disability, and retaliated against him by terminating his employment.

3.	Documents in KHRC's possession are reasonably likely to lead to the discovery of admissible evidence relating to Plaintiff's claims.

4.	Defendants are not aware of any specific objection KHRC has to producing the records, other than its policy is not to release the records without Court order, and its policy not to

---

[1] The correct legal entities are Real Wing, Inc. and Inspire Brand, Inc., respectively.

release materials considered by the KHRC to be conciliatory, deliberative, or attorney work product.

     5.     A copy of this Motion is being sent to the Chief Legal Counsel for KHRC.

     6.     Defense counsel has consulted with Plaintiff's counsel regarding this Motion, and he does not oppose the Motion.

WHEREFORE, Defendants request that the Court Order the KHRC to make available for copying and inspection all records in its possession concerning Plaintiff Garren L. Lovelace (Docket No. 39969-18), including, but not limited to, correspondence, notes, tape recordings, reports and investigative materials, and excluding materials considered by the KHRC to be conciliatory, deliberative, or attorney work product.  Defendants will submit a Proposed Order directing KHRC to release the above-referenced documents concerning Charges of Discrimination filed by Plaintiff Garren L. Lovelace.

          Respectfully submitted,

/s/ Stacy M. Bunck
Stacy M. Bunck    KS #20531
OGLETREE, DEAKINS, NASH, SMOAK
 & STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, MO 64111
816.471.1301
816.471.1303 *(Facsimile)*
stacy.bunck@ogletree.com

**ATTORNEYS FOR DEFENDANTS**

-3-

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 21st day of June, 2019, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Gerald Gray II
G. GRAY LAW, LLC
104 W. 9th Street, Suite 401
Kansas City, MO  64105
816.888.3145
816.817.4683 *(Facsimile)*
ggraylaw@outlook.com

**ATTORNEY FOR PLAINTIFF**

/s/ Stacy M. Bunck
**ATTORNEY FOR DEFENDANTS**

11341767.1